MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN PHAN (CABN 241637)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: Susan.Phan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO GONZALEZ-BELTRAN, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 11-0444 WHA <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |

The defendant appeared for his second status conference before this Court on August 30, 2011. Defense counsel requested a pre-plea Pre-Sentencing Report (PSR) for Mr. Gonzalez-Beltran. Defense counsel represented that the pre-plea PSR will aid Mr. Gonzalez-Beltran's understanding of the potential sentence he may face in this case. The Government did not object to this request. The parties have agreed to exclude the period of time between August 30, 2011 to October 18, 2011, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that good

cause exists, and that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent with this agreement.

SO STIPULATED:

          MELINDA HAAG
          United States Attorney

DATED: September 1, 2011     _____/s/_____
          SUSAN PHAN
          Special Assistant U.S. Attorney

DATED: September 1, 2011     _____/s/_____
          RONALD TYLER
          Attorney for MARIO RODRIGUEZ-BAILON

||  | [PROPOSED] ORDER |

For the reasons stated above at the August 30, 2011 status conference, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from August 30, 2011 to October 18, 2011 is warranted and that good cause exists, and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

IT IS SO ORDERED.

DATED: September 8, 2011.

_____
WILLIAM H. ALSUP
United States District Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0444 WHA