GEOFFREY A. HANSEN
Acting Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-0444 WHA |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING SENTENCING |
| ) | HEARING FROM FEBRUARY 6, 2012, |
| MARIO GONZALEZ BELTRAN, ) | TO FEBRUARY 14, 2012 |
| Defendant. ) | |

**STIPULATION**

The parties agree to continue the sentencing hearing in the above-captioned matter from February 6, 2012 until February 14, 2012 at 2:00 p.m. Defense counsel is unavailable on the presently set date. Both parties and the probation officer are available on the requested date.

It is so stipulated.

//
//
//
//

[PROPOSED] ORDER CONTINUING HEARING
CR 11-0444 WHA

DATED: 2/1/2012 ____/s/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Mario Gonzalez Beltran

DATED: 2/1/2012 ____/s/_____
MARK KANG
Special Assistant United States Attorney

**ORDER**

The sentencing hearing in this matter is continued from February 6, 2012 until February 14, 2012 at 2:00 p.m.

IT IS SO ORDERED.

DATED: February 2, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE