IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MARIO GONZALEZ-BELTRAN,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. CR 11-00444 WHA<br><br>**ORDER RE REQUEST TO DISMISS COUNSEL OF RECORD** |

　　　Defendant Mario Gonzalez-Beltran moves for an order dismissing counsel of record and ordering defense counsel to provide defendant with his case file. Defense counsel of record is Ronald Tyler, who is no longer with the Federal Public Defender's office. The docket does not reflect any current counsel of record, so at this point, there is no attorney to dismiss. The **CLERK** shall serve this order on Geoffrey A. Hansen, Acting Federal Public Defender, who shall then provide defendant with his case file.

**IT IS SO ORDERED.**

Dated: July 25, 2012.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE