IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 11-00444 WHA |
| Plaintiff, | |
| v. | **ORDER RE IFP APPLICATION** |
| GONZALEZ-BELTRAN, | |
| Defendant. | |

Defendant appeals the denial of his Section 2255 motion to vacate, set aside, or correct his sentence. This order finds that the appeal is frivolous and therefore leave to proceed in forma pauperis on appeal is **DENIED**. *See* 28 U.S.C. 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

**IT IS SO ORDERED.**

Dated: October 2, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE